# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BARBARA BOND,                          )
                                       )
    Plaintiff,      )
                                       )
    v.              )    **Civil Case No. 10-1961 (RJL)**
                                       )
ATSI/JACKSONVILLE JOB CORPS            )
CENTER, et al.                         )
                                       )
    Defendants.     )
                                       )

## <u>ORDER</u>

In accordance with the Memorandum Opinion issued this date, it is hereby

**ORDERED** that Defendant Marvin Owens's Motion to Dismiss, ECF No. 7, is

**GRANTED**; and it is

    **FURTHER ORDERED** that all claims against Mr. Owens are **DISMISSED**.

**SO ORDERED** this 2ᴼday of September 2011.

                                       RICHARD J. LEON
                                       United States District Judge